IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALBERT VAREL,

    Plaintiff,

vs.

SMURFIT-STONE CONTAINER CORPORATION,

    Defendant.

Case No. 12-cv-103-JPG-SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated:  April 9, 2013

NANCY J. ROSENSTENGEL, **Clerk of Court**

By:s/Deborah Agans, Deputy Clerk

**Approved:**  s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**